ORDERED.

**Dated:  January 14, 2016**

Cynthia C. Jackson
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:

JOHN DEFEO,                                           CASE NO.:  6:14-bk-04551-CCJ
COLLEN ELLA-DEFEO,                                    CHAPTER 13

                    Debtors.
_____/

ORDER GRANTING MOTION TO VACATE AGREED ORDER GRANTING
MOTION TO VALUE AND DETERMINE SECURES STATUS OF LIEN
ON REAL PROPERTY HELD BY GREEN TREE SERVICING LLC

    This case came before the Court, on January 12, 2016, upon the Motion to Vacate Order

Granting in Part and Denying in Part Debtor's Motion to Value and Determine Secured Status of

Lien on Real Property [D.E. 50].  For the reasons stated orally on the record in open court, it is

    ORDERED:

    1.    Motion to Vacate Order Granting in Part and Denying in Part Debtor's Motion to

          Value and Determine Secured Status of Lien on Real Property [D.E. 50].   is

          GRANTED.

2.      The Order Granting in Part and Denying in Part Debtors' Motion to Value and

Determine Secured Status of Lien on Real Property [D.E. 42] is VACATED.

**####**

**Evan Singer, Attorney is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.**


This order prepared by:
Evan S. Singer
Timothy D. Padgett, P.A.